UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 1:23-cr-00266-BAH |
| TYLER BRADLEY DYKES : | |

## MOTION TO AMEND BOND CONDITIONS

The Defendant, Tyler Bradley Dykes, by and through his attorneys, and with the consent of the United States, hereby moves to amend his bond conditions to allow him to attend required, early-morning sales meetings held by his employer. Mr. Dykes' current curfew is 7:30 p.m. to 6:30 a.m.; he seeks a modified curfew of 7:30 p.m. to 5:00 a.m. (an hour-and-a-half curfew extension).

On July 17, 2023, Mr. Dykes was arrested in Virginia for offenses related to the events at the U.S. Capitol on January 6, 2021. Mr. Dykes was released on a personal recognizance bond on August 1, 2023. In addition to the standard conditions of bond, Mr. Dykes was required to live with his parents or at another address approved by the U.S. Probation Office, submit to location monitoring technology, and comply with a curfew requiring him to be at his residence from 6:30 p.m. to 7:30 a.m.

On August 9, 2023, Mr. Dykes was indicted by a Grand Jury sitting in the District of Columbia. The Indictment charged Mr. Dykes with Robbery, in violation of 18 U.S.C § 2111; Civil Disorder, in violation of 18 U.S.C § 231(a)(3); two counts of

assault or impeding, in violation of 18 U.S.C. § 111(a) and (b); entering or remaining/disruptive conduct in restricted grounds, in violation of 18 U.S.C. § 1752(a)(1) and (b)(1)(A); disruptive conduct in restricted grounds, in violation of 18 U.S.C. § 1752(a)(2) and (b)(1)(A); engaging in physical violence in a restricted building, in violation of 18 U.S.C. §1752(a)(2) and (b)(1)(A); and several misdemeanor counts.[1]

Mr. Dykes was arraigned on September 22, 2023, at which time his bond conditions were amended to extend his curfew from 7:30 p.m. to 6:30 a.m. This extension of curfew was intended to accommodate Mr. Tyler's work schedule. The Government did not object.

Mr. Dykes has complied with all bond conditions. Currently, he is working at JW Roofing. This company has daily sales meetings Monday through Friday that begin at 5:45 a.m. sharp. Employees must attend them in-person.  However, due to his curfew restrictions, Mr. Dykes cannot attend the meetings. Mr. Dykes and his employer would like him to attend the sales meetings. Accordingly, he requests that this Court allow him to leave his home at 5:00 a.m., which would provide him adequate time to travel to the daily sales meetings. Thus, he requests that his curfew be slightly extended by an hour-and-a-half to allow him out his home from 5:00 a.m. to 7:30 p.m.

---

[1] In all counts in which a deadly weapon is alleged to have been used, the indictment specifies that the deadly weapon is a police riot shield.

Counsel for Mr. Dykes has conferred with counsel for the Government, Samantha Miller, who graciously consents to this curfew modification.

Wherefore, Mr. Dykes respectfully requests that his curfew be modified to restrict him to his residence every day from 7:30 p.m. to 5:00 a.m.

Respectfully submitted,

/s/ WILLIAM F. NETTLES, IV,
Assistant Federal Public Defender
c/o McMillan Federal Building
401 W. Evans Street, Suite 105
Florence, South Carolina 29501
Telephone: (843) 662-1510
Attorney ID #: 5935

/s/ EDMUND G. M. NEYLE,
Assistant Federal Public Defender
c/o McMillan Federal Building
401 W. Evans Street, Suite 105
Florence, South Carolina 29501
Telephone: (843) 662-1510
Attorney ID#: 13832

Florence, South Carolina

January 16, 2023