UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 1:23-cr-00266-BAH |
| **TYLER BRADLEY DYKES** | : | |

## MOTION TO AMEND BOND CONDITIONS

The Defendant, Tyler Bradley Dykes, by and through his attorneys, and with the consent of the United States, hereby moves to modify his bond conditions to (1) extend his curfew by thirty minutes on certain days and to (2) allow him to attend work-related training in Pittsburgh, Pennsylvania.

On July 17, 2023, Tyler Dykes was arrested in Virginia for offenses related to the events at the U.S. Capitol on January 6, 2021. Mr. Dykes was released on a personal recognizance bond on August 1, 2023. In addition to the standard conditions of bond, Mr. Dykes was required to live with his parents or at another address approved by the U.S. Probation Office, submit to location monitoring technology, and comply with a curfew requiring him to be at his residence from 6:30 p.m. to 7:30 a.m.

On August 9, 2023, Mr. Dykes was indicted by a Grand Jury sitting in the District of Columbia. The Indictment charged Mr. Dykes with Robbery, in violation of 18 U.S.C § 2111; Civil Disorder, in violation of 18 U.S.C § 231(a)(3); two counts of assault or impeding, in violation of 18 U.S.C. § 111(a) and (b); entering or remaining/disruptive conduct in restricted grounds, in violation of 18 U.S.C.

§ 1752(a)(1) and (b)(1)(A); disruptive conduct in restricted grounds, in violation of 18 U.S.C. § 1752(a)(2) and (b)(1)(A); engaging in physical violence in a restricted building, in violation of 18 U.S.C. §1752(a)(2) and (b)(1)(A); and several misdemeanor counts.[1]

Mr. Dykes was arraigned on September 22, 2023, at which time his bond conditions were amended to extend his curfew from 7:30 p.m. to 6:30 a.m. On January 16, 2024, his curfew was amended to require him to be at his residence from 7:30 p.m. to 5:00 a.m.

Mr. Dykes has complied with all bond conditions, as evidenced by last week's Pretrial Compliance Report. ECF No. 26. Very recently, Mr. Dykes changed jobs. He now works in sales for Optimum Water. His work hours require him to work 12-hour days each Monday and the first business day of each month. Therefore, Mr. Dykes respectfully requests that his bond conditions be slightly modified to allow him to leave his home from 5:00 a.m. and be out of his home until 8:00 p.m. each Monday and the first business day of each month. The present curfew of 7:30 p.m. to 5:00 a.m. will remain in place for all other days.

As part of Mr. Dykes' current employment at Optimum Water, he is scheduled to undergo training in Pittsburgh, Pennsylvania, from March 11 to March 15, 2024. If allowed to attend this training, Mr. Dykes will depart on March 11 from the Savannah, Georgia airport and lodge at a hotel (which has been provided to the

---

[1] In all counts in which a deadly weapon is alleged to have been used, the indictment specifies that the deadly weapon is a police riot shield.

Government) in Pittsburgh until March 15, when he will fly back to Savannah and then return to his home. Mr. Dykes will disclose his precise itinerary to his assigned Pretrial Services Officer. Mr. Dykes requests that his bond conditions be modified to allow him to attend this occupational training.[2]

Counsel for Mr. Dykes has conferred with counsel for the Government, Samantha Miller, who graciously consents to both requested bond modifications.

Wherefore, Mr. Dykes respectfully requests that his bond conditions be slightly modified to allow him to leave his home from 5:00 a.m. and be out of his home until 8:00 p.m. each Monday and the first business day of each month. The present curfew of 7:30 p.m. to 5:00 a.m. will remain in place for all other days.

Mr. Dykes further requests that he be allowed to attend work-related training in Pittsburgh, Pennsylvania, without curfew and restrictions, from March 11 to March 15, 2024, and adhere to a travel itinerary approved by Pretrial Services.

[*Signature Page to Follow*]

---

[2] This Court previously approved work-related travel for Mr. Dykes when he worked in roofing sales. See Minute Order dated November 6, 2023.

Respectfully submitted,

/s/ WILLIAM F. NETTLES, IV,
Assistant Federal Public Defender
c/o McMillan Federal Building
401 W. Evans Street, Suite 105
Florence, South Carolina 29501
Telephone: (843) 662-1510
Attorney ID #: 5935

/s/ EDMUND G. M. NEYLE,
Assistant Federal Public Defender
c/o McMillan Federal Building
401 W. Evans Street, Suite 105
Florence, South Carolina 29501
Telephone: (843) 662-1510
Attorney ID#: 13832

Florence, South Carolina

March 1, 2024