UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:23-cr-00266-BAH |
| | : | |
| TYLER BRADLEY DYKES | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

     Pursuant to the Court's March 26, 2024 minute order, the parties hereby respectfully file this joint status report. The parties have been diligently working towards a pre-trial resolution of this matter and believe they will be able to provide the Court with signed plea paperwork in advance of the currently-scheduled status conference this Friday, April 19, 2024, at 9:30 am. Therefore, the parties respectfully request they be permitted to file or otherwise submit to chambers the finalized plea paperwork later this week.  Once the parties do so, they further request they be permitted to move the Court to convert this Friday's status conference to a change of plea hearing, should that timing work for the Court.

\*    \*    \*

*Remainder of page intentionally left blank*

1

If the parties are unable to reach a final plea agreement by close of business on Wednesday, April 17, 2024, they respectfully request they be permitted file their proposed trial dates and pre-trial scheduling order by close of business on April 17, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

/s/ WILLIAM F. NETTLES, IV
Federal Public Defender
1901 Assembly Street, Suite 200
Columbia, South Carolina 29201
Telephone: 803-765-5074
Attorney ID #: 5935
Bill_nettles@fd.org

/s/ EDMUND G.M. NEYLE
Assistant Federal Public Defender
c/o McMillan Federal Building
401 W. Evans Street, Suite 105
Florence, South Carolina 29501
Telephone: (843) 662-1510
Attorney ID#: 13832

By:  /s/ Samantha R. Miller
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Samantha.Miller@usdoj.gov