IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No.: 23-cr-00266-BAH |
| v. | : |
| | : |
| TYLER BRADLEY DYKES, | : |
| | : |
| Defendant. | : |
| | : |

### UNITED STATES' REPORT AND POSITION REGARDING PUBLIC RELEASE OF PHOTO AND VIDEO EVIDENCE

The United States will make the below video and photo evidence available to the Court electronically in preparation for the plea hearing and subsequent sentencing of the defendant in the above referenced matter. The United States does not object to any digital evidence, from Body Worn Camera, Capitol CCTV, or open sources being release to the public.

| # | File Name | Source | Length and Relevant Portion If Applicable | Location Depicted |
|---|---|---|---|---|
| 1 | Ex. 1 – Screenshot of Dykes Route to Capitol.jpg | Open source | SOO ¶ 12 | D.C. |
| 2 | Ex. 2 - Dykes Snow Fence Removal.mp4 | Open source | SOO ¶¶ 13, 14, 0:18 – 0:43 ("area closed" sign affixed to snow fence) | Capitol North Lawn |
| 3 | Ex. 3 – Screenshot of Dykes Bicycle Rack Moving.jpg | Open source | SOO ¶ 14 | Capitol East Plaza |
| 4 | Ex. 4 - Dykes At Front on East Steps | Open source | SOO ¶ 15, 0:04 – 0:32 (appears left of screen in beginning, celebrates at top of stairs at approx. 0:32) | Capitol East Plaza |

| # | File Name | Source | Length and Relevant Portion If Applicable | Location Depicted |
|---|---|---|---|---|
| 5 | Ex. 5 - 20 Min Clip East Rotunda Doors | Open source | SOO ¶ 16, *generally*<br><br>SOO ¶ 17, 6:05 (flashbang); 6:50 (doors are opened); 7:52 (Dykes visible, moving towards doors)<br><br>SOO ¶ 18, 15:50 (Dykes visible, moving towards doors);17:39 (Dykes grabs riot shield, begins pulling)<br><br>SOO ¶¶ 19, 20, 21, 17:39 – 17:50 (Dykes fights for shield, succeeds); 17:53 – 19:05 (Dykes lifts shield overhead, reorients himself/the shield); 17:55 – 18:03 (other rioters pepper spray and fight police line);19:05 - end (Dykes uses shield to push forward); 20:11 (East Rotunda doors re-breached) | Capitol East Rotunda Doors |
| 5A | Ex. 5A - Shield Steal Angle 2 - East Rotunda Doors.mp4 | Open source | SOO ¶¶ 18, 19, 20, 21 | Capitol East Rotunda Doors |
| 6 | Ex. 6 - Dykes Shield Push East Rotunda Doors.mp4 | Open source | SOO ¶ 21, 22 | Capitol East Rotunda Doors |
| 7 | Ex. 7 - Dykes Entry - Traitors Chant.mp4 | Open source | SOO ¶ 22, 23, 0:23 (Dykes visible just inside doors); 0:32 (treason chant) | Capitol East Rotunda Doors |
| 8 | Ex. 8 - Dykes in Rotunda.mpeg4 | Open source | SOO ¶ 22, 23, 0:13 - end | Capitol Rotunda |

| # | File Name | Source | Length and Relevant Portion If Applicable | Location Depicted |
|---|---|---|---|---|
| 9 | Ex. 9 - Dykes Shield Push Senate Hall | Open source | SOO ¶ 24, 25 | Capitol Senate Hallway |
| 10 | Ex. 10 – Screenshot from J. Love BWC X6039BJN1 | MPD BWC | SOO ¶ 24, 25 (Dykes's hat and stolen shield visible) | Capitol Senate Hallway |
| 11 | Ex. 11 – J. Love BWC X6039BJN1 – Senate Hall Push | MPD BWC | SOO ¶ 24, 25, approx. 3:00 – 7:00 | Capitol Senate Hallway |
| 12 | Ex. 12 – Dykes Exit - USCS 02 Rotunda Door Interior-2021-01-06_14h53min38s000ms.asf | CCTV | SOO ¶ 26, 0:00 – 1:15 | Capitol East Rotunda Doors Interior |
| 13 | Ex. 13 – Screenshot of Dykes West Side | Open source | SOO ¶ 27 | Capitol West Side |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Samantha R. Miller
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Samantha.Miller@usdoj.gov