CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 19 2024
Clerk, U.S. District and Bankruptcy Courts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No.: 23-cr-00266-BAH |
| | ) | |
| TYLER BRADLEY DYKES. | ) | |
| | ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent: _____
Assistant United States attorney

Approved:

_____      Date: April 19, 2024

Beryl A. Howell
United States District Judge