UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 1:23-cr-00266-BAH |
| **TYLER BRADLEY DYKES** | : | |

## DEFENDANT'S RESPONSE TO APRIL 19, 2024 MINUTE ORDER

The Defendant, Tyler Bradley Dykes, by and through his attorneys, does not object to the exhibits identified in the Government's Notice (ECF No. 31) being made publicly available.

    Respectfully submitted,

    /s/ WILLIAM F. NETTLES, IV,
    Federal Public Defender
    1901 Assembly Street, Suite 200
    Columbia, South Carolina 29201
    Telephone:  803-765-5070
    Attorney ID #: 5935

    /s/ EDMUND G.M. NEYLE,
    Assistant Federal Public Defender
    c/o McMillan Federal Building
    401 W. Evans Street, Suite 105
    Florence, South Carolina 29501
    Telephone: (843) 662-1510
    Attorney ID#: 13832
    **Attorneys for Defendant**

Florence, South Carolina

April 22, 2024