# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:23-cr-00266-BAH |
| | : | |
| **TYLER BRADLEY DYKES** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION FOR LIMITED EXTENSION
## OF TIME TO FILE SENTENCING MEMORANDA

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant, Tyler Bradley Dykes, through his attorneys, respectfully move the Court for a limited extension of one additional business day on the current sentencing memoranda deadline. This matter is scheduled for sentencing on July 19, 2024; therefore, the current memoranda deadline is July 5, 2024. Due to a number of scheduled absences in the government's office, and due to the closure on July 4th and 5th of District of South Carolina Office of the Federal Defender, the parties respectfully request the Court grant them one additional business day, through and including July 8, 2024, to file their respective memoranda.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

| | | |
|---|---|---|
| /s/ WILLIAM F. NETTLES, IV | By: | /s/ Samantha R. Miller |
| Federal Public Defender | | SAMANTHA R. MILLER |
| 1901 Assembly Street, Suite 200 | | Assistant United States Attorney |
| Columbia, South Carolina 29201 | | New York Bar No. 5342175 |
| Telephone: 803-765-5074 | | United States Attorney's Office |
| Attorney ID #: 5935 | | For the District of Columbia |
| Bill_nettles@fd.org | | 601 D Street, NW 20530 |
| | | Samantha.Miller@usdoj.gov |

/s/ EDMUND G.M. NEYLE
Assistant Federal Public Defender
c/o McMillan Federal Building
401 W. Evans Street, Suite 105
Florence, South Carolina 29501
Telephone: (843) 662-1510
Attorney ID#: 13832