July 8, 2024

Dear Honorable Judge Howell:

I'm Tyler Dykes's dad, Scott. I'm an 86-year-old retired CPA. My wife, Susan, retired from her sales manager career to be a stay-at-home mom after we adopted Tyler at birth. I felt so blessed to be a father at age 60! We have always lived a simple, middle-class life, centered around love, family and faith. We taught Tyler our values of integrity, treating everyone equally and in the manner we would want to be treated, kindness and judging others only by their character. Tyler has been the most important part of our lives. It's been a miracle to experience his warmth and love as he grew from a baby to the toddler that I read bedtime stories to. I remember he would say, "mo, mo" when I finished "The Tale of Pigling Bland." We would do that over and over until he fell asleep in my arms. The times between then and now, when Tyler is a 26-year-old man have brought many happy and loving times together. And, of course, some challenges, such as this one; but none without love and support.

Tyler's earliest opportunities for socialization, as a toddler, revealed that he was highly sociable; he was an only child and he loved to be with other children. He asked for a brother one Christmas. Tyler was good-natured, never aggressive and always kind. He enjoyed, in particular, helping others.

As Tyler got older, he continued to value having friends most - being around other kids his age. Tyler was a gifted student. He joined the high school band when he was in the eighth grade, and music became a very important part of his life. At 16, he tried out for the Atlanta Drum and Bugle Corp, was successful, and performed precision marching routines in stadiums around the US. His primary instrument was the French Horn, but he played the Mellophone in marching bands. He also taught himself to play the guitar and trumpet, took a few piano lessons and then proceeded to teach himself to play Pachelbel's Canon in D Major by ear on the piano, including the chords. Another important social activity for Tyler was the Boy Scouts. He started his journey to becoming an Eagle Scout at age 6. He again particularly enjoyed the social aspects of the process, learning so many new skills, and he benefited from the character-building that came with becoming an Eagle Scout

To illustrate what Tyler was like, I remember a time when Tyler, at age 17, befriended a fellow track team member, who was on the autism spectrum and who didn't have many friends. Tyler asked me to take him over to his friend's house to pick him up and take him to your house to hang out and play video games. After I drove his friend home, his parents made it a point to come out to my car and thank me for how Tyler was so kind to befriend their son and spend time with him, when few other students would take time to talk to him. I was so proud. I will never forget that.

Tyler regrets his involvement on January 6th; he told me he wishes he had not gone to Washington D.C. His passion pulled him deeper into the events that day than he intended. He said if he had it to do over again, he would never have gone. Please consider, in sentencing, that Tyler never struck out in anger; he didn't harm anyone. I believe that Tyler is very sorry for what he did on January 6th.

Tyler has so many positive traits. I respectfully request that you return him to society quickly, so he can use those traits to make a positive difference in our community.

Tyler started a business two years ago, Technology King of the Low Country. He poured his heart and soul into this business. He helped retirees, mostly at Sun City, with problems they had in using their computers and with security, so they would not fall prey to cyber criminals trying to embezzle their

retirement funds. As a service, he even provided free classes. His passion and persistence fueled him to working 14-hour days, creatively developing unique ways to promote his business. He networked with others, quickly developed his own business web site, created at least 6 different promotion/advertising methods and become increasing well known in the community. I was a management consultant for PricewaterhouseCoopers for 8 years and I never met another entrepreneur who had his level of creative passion and who worked as hard as Tyler did to start his business.

With his business gone now, Tyler plans to start over by rebuilding it. His strongest desire now is for a family of his own. He wants to find someone he wants to spend the rest of his life with, get married and have his own family, a large family. He feels being, first, a good husband and father and then helping people through his new business is how he can feel useful and fulfilled by helping others.

Tyler has so many positive traits and so many ways he will make a positive difference in our community. If he can restart his technology company, he can provide a valuable service to the retired people in our communities.  Just setting up their computers so that they can communicate on the web makes a significant difference in many lonely lives.

Tyler is deeply remorseful for what he did on January 6th. He deeply regrets, too, how his actions have hurt me and his mom and how the ongoing grief has aged me visibly and how spending time in jail will further devastate us and the other people he loves the most. He stated he would never participate in political activism again and certainly would never harm anyone. In sentencing Tyler, your Honor, I respectfully ask that you consider the traits that have most defined Tyler since he was born, the kindness in his heart and his desire to help people. Please consider also that, being 86 years old, I rely on Tyler to help me do things that I can't do. He helps us in so many ways. We have no other family within 1,000 miles. I respectfully ask that you return Tyler to us soon, your Honor, so he can continue being a son to us, help us with things we can't do and can pursue the most important value in his life now, finding a wife with whom to share his life, getting married and raising his own family

We also respectfully request that you allow him to serve any prison time in South Carolina, so we can visit him. We wouldn't be able to take long trips to far away prisons regularly, and we would like to visit Tyler weekly to share our love and support and help him through all of this. We will, of course, continue to share with Tyler our love and support after he is released, and we can again be a family.

Thank you, your Honor!

Sincerely,

Scott Dykes