7/8/2024

Dear Judge Howell:

My name is Susan Dykes. I am the mother of Tyler Dykes. We were blessed to be able to create our family through open adoption. Tyler's birthmother lived with us for the last month of her pregnancy. We were present for his birth, and we took him home directly from the hospital. I am very proud to be able to call Tyler my son.

Tyler means the world to me. I can't imagine what my life would be like had we not been blessed with him. Tyler has a way of making me feel special. An example is when he started having bible studies in his home with his church group. He invited my husband and I to join them. We would eat and have fellowship followed by bible study. It made me feel special that he wanted me to be there with his friends.

The purpose of my writing is to tell you about his true character because January 6 does not define him. I can think of many ways to describe Tyler. Kind, caring about others, passionate, highly intelligent and hardworking. The family unit is extremely important to Tyler.

Tyler has always been the kind of person that would stand up for others if he felt they were being mistreated or bullied. He has been bullied and knows how it feels. He has a heart for the elderly and that has always shone through. When Tyler was about 12 years old, he went on a mission trip to Tennessee to help disadvantaged elderly people make repairs on their homes. While there, he spent time just talking to the lady whose house on which they were working. She told him that time meant so much to her and she was in tears. He continues to have a heart for the elderly, and I believe that is part of the reason he was so successful with his business. He provided an important service to people in their homes by helping them with computer issues. We have a large retirement population in our area, and they were most of his customer base.

Tyler is the type of friend that will drop what he is doing to help someone. For example, he has helped friends move when they needed last-minute help. He is hard-working and dedicated. He went from not playing a Mellophone on key to marching with Spirit of Atlanta, a world class drum corps. Tyler was accepted into Cornell, Brown and UNC Chapel Hill. He moved to Bluffton not knowing a soul and created a highly successful business.

I do not condone his actions on January 6. He is sorry for what he did and that he made the trip. It has affected him badly both from a personal and business perspective. Sadly, it is a mistake for which he will be paying for years.

I am humbly asking you to extend leniency as you sentence Tyler. He will have some challenges getting back on track with his business and personal life, but I am confident he will be able to do that with the determination and hard work that Tyler has demonstrated in the past.

Sincerely,

*Susan Dykes*