## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Case No.: 23-cr-00266-BAH** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **TYLER BRADLEY DYKES,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE EXHIBIT 19 TO ITS
## SENTENCING MEMORANDUM UNDER SEAL

The United States respectfully requests permission to file under seal the Defendant's excerpted military records, which were included as Exhibit 19 to the Government's Sentencing Memorandum (ECF 41). The basis for sealing is that the military records contain information designated by the United States Marine Corps as "privacy sensitive." *See, e.g.,* Ex. 19 at 5. Thus, a compelling governmental interest exists to justify sealing. *Washington Post v. Robinson*, 935 F.2d 282, 289, n.10 (D.C. Cir. 1991). A proposed order is attached.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Samantha R. Miller*
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Samantha.Miller@usdoj.gov