# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 23-cr-00266-BAH |
| | : | |
| v. | : | |
| | : | |
| **TYLER BRADLEY DYKES,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## UNITED STATES' EXHIBIT LIST FOR SENTENCING AND
## POSITION REGARDING RELEASE OF PHOTO AND VIDEO EVIDENCE

The United States will make the below video and photo evidence available to the Court electronically in preparation for the sentencing of the defendant in the above referenced matter. The Government does not object to any photo or video evidence being released to the public.

| # | File Name | Source | Relevant Portion(s) If Applicable | Location Depicted |
|---|---|---|---|---|
| 1 | Ex. 1 – Screenshot of Dykes Route to Capitol.jpg | Open source | NA | D.C. |
| 2 | Ex. 2 - Dykes on West Lawn - InsurgenceUSA.mp4 | Open source | 0:07 – 0:26 (Dykes appears from right of screen; seen crossing west lawn holding large pole) | Capitol West Lawn |
| 3 | Ex. 3 - Dykes Snow Fence Removal.mp4 | Open source | 0:18 – 0:43 (Dykes appears in bottom left of screen; seen pushing and ripping up snow fencing with "area closed" signs) | Capitol North/ Northeast Lawn |
| 4 | Ex. 4 - Dykes Bicycle Rack Moving Video.mp4 | Open source | 0:00 – 0:07 (Dykes appears in bottom left of screen; seen doubling back to move bike rack barricades) | Capitol East Plaza |

1

| # | File Name | Source | Relevant Portion(s) If Applicable | Location Depicted |
|---|---|---|---|---|
| 5 | Ex. 5 - E USCG 00 CVC Elevator Tower North-2021-01-06_14h05min00s000ms.mp4 | CCTV | E.g., 0:05 onward (Dykes appears on screen just above and to the left of the light blue flag in middle right of screen, beyond light post; seen pushing rioters and police) | Capitol East Plaza |
| 6 | Ex. 6 - Dykes on stairs 2 - dNja7HbNLHztWGcbo .mp4 | Open source | 1:12 – end (Dykes appears on bottom left of screen pushing rioters and police on stairs) | Capitol East Plaza |
| 7 | Ex. 7 - Dykes At Front on East Steps.mp4 | Open source | 0:01 – 0:32 (Dykes appears middle of screen at beginning of video; celebrates with salute at top of stairs at approx. 0:32) | Capitol East Plaza |
| 8 | Ex. 8 - Dykes Door Pull.mp4 | Open source (splicing in original) | 01:20 – 01:43 (USCP Officer appears to be hyperventilating and losing consciousness); 2:02 – 2:16 (Dykes appears bottom middle of screen; seen reaching to keep open East Rotunda Doors) | Capitol East Rotunda Doors |
| 9 | Ex. 9 - Shield Steal (Longer - NigroTime).mp4 | Open source | 0:05 (Dykes's tan Adidas hat seen middle of screen); 0:34 – 0:56 (Dykes seen wrenching police riot shield from police officers); 0:56 – 1:40 (officers immediately suffer barrage of attacks with punches, pushes, and pepper spray after shield is stolen); reappears in same area, appearing to be pulling at something while attempting to get closer to police); 1:53 – 4:20 (Dykes appears from left of screen holding and using stolen shield offensively until he succeeded in breaching the building) | Capitol East Rotunda Doors |

| # | File Name | Source | Relevant Portion(s) If Applicable | Location Depicted |
|---|---|---|---|---|
| 9A | Ex. 9A - 20 Min Clip East Rotunda Doors.mp4 | Open source | 6:05 (flashbang); 6:50 (doors are opened); 7:52 (Dykes visible, moving towards doors) 15:50 (Dykes visible, moving towards doors); 17:39 (Dykes grabs riot shield, begins pulling) 17:39 – 17:50 (Dykes fights for shield, succeeds); 17:53 – 19:05 (Dykes lifts shield overhead, reorients himself/the shield); 17:55 – 18:03 (other rioters pepper spray and fight police line); 19:05 - end (Dykes uses shield to push forward); 20:11 (East Rotunda doors re-breached) | Capitol East Rotunda Doors |
| 10 | Ex. 10 - Dykes Shield Push East Rotunda Doors.mp4 | Open source | 0:00 – 0:09 (Dykes appears middle of screen with stolen police riot shield); 0:19 – end (Dykes seen pushing with riot shield) | Capitol East Rotunda Doors |
| 11 | Ex. 11 – Dykes Exit - USCS 02 Rotunda Door Interior-2021-01-06_14h53min38s000ms.asf | CCTV | 01:09 (shield steal seen through East Rotunda Door's left window. Including Dykes's arm reaching across to grab shield); 03:34 (doors are forced open and rioters begin flooding in); 05:12 (Dykes crosses threshold holding stolen police riot shield); 05:18 (Dykes celebrates entry); 05:18 – 5:35 (Dykes moves around towards right of screen, then leaves towards Rotunda) | Capitol East Rotunda Doors Interior |
| 12 | Ex. 12 - Dykes Entry - Treason Chant.mp4 | Open source | 0:20 – 0:26 (Dykes seen crossing threshold of East Rotunda Doors; celebrates his success at approx. 0:26) | Capitol West Side |

| # | File Name | Source | Relevant Portion(s) If Applicable | Location Depicted |
|---|---|---|---|---|
| 13 | Ex. 13 - Dykes pre & into second shield push - dNja7HbNLHztWGcbo.mp4.mp4 | Open source | 0:00 (Dykes appears in middle top of screen with stolen police riot shield); 0:00 – 1:32 (continues to appear with riot shield while pushing against rioters and police; by 00:49, Dykes has made it to front of mob and is directly in front of the line police line; by 1:06, mob has pushed police further down hallway with Dykes at the helm) | Capitol interior hallway towards Senate Chamber |
| 13A | Ex. 13A - Shield Push Hallway Vertical.mp4 | Open source | Full (same episode; can hear rioter near Dykes stating, "We got the riot shield!") | Capitol interior hallway towards Senate Chamber |
| 14 | Ex. 14 - Dykes in Hallway - Shield Push.mp4 | Open source | Full (same episode as Ex. 13, but different angle) | Capitol interior hallway towards Senate Chamber |
| 15 | Ex. 15 - Dykes Exit - USCS 02 Rotunda Door Interior-2021-01-06_14h53min38s000ms.asf | CCTV | 0:00 – 1:22 (Dykes appears in middle right of screen still with police riot shield; interacts with officers as he crosses door to exit Capitol Building) | Capitol East Rotunda Doors Interior |
| 16 | Ex. 16 - Screenshot of Dykes West Side.jpg | Open source | NA | Capitol Lower West Terrace |
| 17 | Ex. 17 - UTR 1 - PepperSpray - nwrH-LZbu14ezfkj.mp4 | Open source | Full (Dykes appears from left of screen, shirtless, appearing to be suffering from effects of pepper spray) | Unite the Right Rally |

| # | File Name | Source | Relevant Portion(s) If Applicable | Location Depicted |
|---|---|---|---|---|
| 18 | Ex. 18 - UTR 1 - Fight - Guardian Getty HQ.mp4 | Open source (splicing in original) | 0:00 – 1:05 (context for Unite the Right Rally evening events; Dykes seen marching in line at 1:05 in middle of screen wearing sunglasses and chanting "You will not replace us!"); 01:38 (fighting portion begins; Dykes seen just right of middle at top of screen, glasses on head beginning to physically engage; seen again around same place at 01:45); 02:13 (Dykes appears from left of screen into middle; seen punching as sunglasses fall down from head to cover eyes): 02:16 (backs up into fighting stance just left of center, then readjusts sunglasses onto head); 02:24 (face seen clearly while walking away) | Unite the Right Rally |
| 19 | Ex. 19 - Excerpted Military Records.pdf | NA | NA | NA |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/ *Samantha R. Miller*
SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Samantha.Miller@usdoj.gov