# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 1:23-cr-00266-BAH |
| **TYLER BRADLEY DYKES** : | |

## DEFENDANT'S RESPONSE TO JULY 12, 2024 MINUTE ORDER

Defendant, Tyler Bradley Dykes, by and through his attorneys, does not object to the video and photo evidence identified in the Government's Notice (ECF No. 44) being made publicly available. Defendant does object to any public disclosure of his military records identified in Exhibit 19.

Respectfully submitted,

/s/ WILLIAM F. NETTLES, IV,
Federal Public Defender
1901 Assembly Street, Suite 200
Columbia, South Carolina 29201
Telephone: 803-765-5070
Attorney ID #: 5935

/s/ EDMUND G.M. NEYLE,
Assistant Federal Public Defender
c/o McMillan Federal Building
401 W. Evans Street, Suite 105
Florence, South Carolina 29501
Telephone: (843) 662-1510
Attorney ID#: 13832
**Attorneys for Defendant**

Florence, South Carolina

July 15, 2024