IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 23-cr-00266-BAH |
| v. | : | |
| **TYLER BRADLEY DYKES,** | : | |
| **Defendant.** | : | |

## UNITED STATES' SUPPLEMENT TO ITS
## SENTENCING MEMORANDUM REGARDING OFFICER-VICTIMS

The United States respectfully files this supplement to its sentencing memorandum to provide additional information regarding the victims of the Defendant's assaults and to notify the Court that those victims may wish to provide a statement at the sentencing hearing on July 19, 2024.

The government's July 8, 2024 sentencing memorandum indicated that Lt. R.R. was believed to be one of the two officer-victims of the Defendant's assault near the East Rotunda Doors. *See* ECF 41 at 11 n. 2. The memorandum further indicated that the government was still working to identify the second officer-victim of that assault. *See id*.

Since July 8, 2024, the government was able to confirm with former U.S. Capitol Police Lt. R.R. that he is, indeed, one of the two officer-victims depicted in the government's Exhibit 9, from whom the shield was taken. In addition, on July 16, 2024, U.S. Capitol Police Officer M.J. confirmed that he was the second officer-victim from whom Dykes wrenched the police riot shield in front of the East Rotunda Doors.

1

Therefore, one or both officers may attend the July 19, 2024 sentencing hearing, and may wish to provide a victim impact statement.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Samantha R. Miller*
        SAMANTHA R. MILLER
        Assistant United States Attorney
        New York Bar No. 5342175
        United States Attorney's Office
        For the District of Columbia
        601 D Street, NW 20530
        Samantha.Miller@usdoj.gov