NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                    Criminal Number  1:23-CR-00266-BAH

TYLER BRADLEY DYKES
      *(Defendant)*

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

/s/Brandon Sample
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Brandon Sample - Bar Id # TX0144
*(Attorney & Bar ID Number)*

Criminal Center LLC
*(Firm Name)*

1501 Belle Isle Ave., Ste 110
*(Street Address)*

Mount Pleasant, SC 29464
*(City)           (State)           (Zip)*

843-620-1100
*(Telephone Number)*