# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>TYLER BRADLEY DYKES,<br><br>      Defendant. | Case No.: 1:23-CR-00266-BAH<br><br>The Honorable Beryl A. Howell |

## EXPEDITED MOTION TO EXTEND SURRENDER DATE

Defendant, Tyler Bradley Dykes, by and through the undersigned counsel, respectfully requests that this Honorable Court extend his surrender date to the Bureau of Prisons (BOP) from October 9, 2024, to November 9, 2024, and in support states as follows:

1. On July 19, 2024, the Defendant was sentenced to the custody of the BOP for a period of 57 months.

2. The Defendant was ordered to self-surrender at the institution designated by the BOP as notified by the U.S. Probation Office.

3. U.S. Probation has directed Defendant to self-surrender to FCI Fort Dix on October 9, 2024.

4. Mr. Dykes' father, Scott Dykes, is 87 years old, in poor health, and has numerous upcoming doctor's appointments for which he requires Mr. Dyke's assistance, including:

    a. 10/16: Alzheimer's evaluation with Dr. Jonathan Sack at Island Family Medicine.

    b. 10/16: Recurring artery clogging testing with Dr. Jonathan Sack at Island Family Medicine.

    c. 10/21: Prostate cancer occurrence examination at New River Urology.

    d. 10/22: Audiologist appointment with Dr. Larry Brides.

    e. 10/28-11/1: Ultrasound checkup for vascular disease with Dr. Jonathan Sack at Island Family Medicine (waiting on date confirmation from treating specialist)

    f. 11/6: Gastroenterologist appointment with Dr. Gregory D. Borak.

5. On October 7, 2024, I contacted the Government for their position on this motion, and as of filing this motion have not yet received a response with their position.

WHEREFORE, the Defendant respectfully requests the Court extend the Defendant's surrender date until November 9, 2024, as set forth above.

Respectfully submitted,

/s/Brandon Sample  
Brandon Sample  
Criminal Center LLC  
1501 Belle Isle Ave., Suite 110  
Mount Pleasant, SC 29464[1]  
Email: brandon@criminalcenter.com  
Telephone: 843-620-1100  
Fax: 843-883-2007

ATTORNEY FOR DEFENDANT

---

[1] Mr. Sample is admitted in Vermont and limits his practice federal law matters before federal courts and federal agencies.